FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
10/13/26 10:08 am
LINDA McCORMACK, CLERK
By: MaryBethMansfield
DEPUTY CLERK

**U.S. Bankruptcy Court**
**Eastern District of Arkansas**

In re:

Bankruptcy Case No.**4:25–bk–11952**

**LAWONDA TURNER**
Debtor

Adversary Proceeding No.**4:26–ap–01066**

**LAWONDA TURNER,**
Plaintiff
v.
**ONITY MORTGAGE F/K/A PHH MORTGAGE,**
Defendant

CERTIFICATE OF SERVICE

I, Lawonda Turner, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the summons and a copy of the complaint, in the above–styled case, was made 10/12/2026 by:

_____ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

✓ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
Hired Process Server Justin Buck (See attached)

_____ Residence Service: By leaving the process with the following person of suitable age and discretion (then residing therein) at:

_____ Publication: The defendant was served as follows: [Describe briefly]

_____ State Law: The defendant was served pursuant to the laws of the State of ________________, as follows:[Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 10/13/2026 Signature: [signature].

4 pages
MBM/OTC

CSD 3007

No. 4:25-bk-11952 This summons is for Onity Mortgage F/K/A PHH Mortgage (*name of Defendant*).

**PROOF OF SERVICE**

☐ On ______________ [date] I personally delivered the summons and complaint to the defendant at ______________________________ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on ______________ [date] I left the summons and complaint in the close proximity of the defendant by ______________________________ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On ______________ [date] I left the summons and complaint with ______________________, a member of the defendant's family at least 18 years of age, at ______________________________ [address], a place where the defendant resides; or

☐ On ___________ [date] I delivered the summons and complaint to ______________ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of ______________________________ [name of defendant]; or

☑ On 10-12-2026 10:17AM [date] at 1701 Centerview Dr, Suite 207 Little Rock, Arkansas 72211 [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with

Derrick Crow (Authorized agent/ office personnel) [name and job description]; or

**To be completed if service is by a sheriff or deputy sheriff:**

Date: __________ SHERIFF OF ____________________ COUNTY, ARKANSAS

By: ________________________________________
[signature of server]

____________________________________________________________
[printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: 10-12-2026

By: [signature]
[signature of server]

Justin Buck
[printed name]

Address: 12 Lilly ann Cir
Ward, AR 72176

Phone: 501 422 8443

Subscribed and sworn to before me this date: 10/12/2026

Notary Public [signature]

My Commission Expires: 1/15/2035

MARRISSA DOAN
COMM. EXP. 1-15-2035
No. 12402652
SALINE COUNTY
NOTARY PUBLIC - ARKANSAS

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

Derrick Crow answered door to offices. When asked for defendant, Derrick went inside and after a few moments, stated he could accept documents. after confirming name I left documents with Derrick Crow.

My fee is $ 75.00.